IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN SECURITY INSURANCE COMPANY, Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 1:23-cv-1461-RP |
| KEYSTONE BANK, SSB Defendant. | § § § | |

## NOTICE OF DISMISSAL

Plaintiff Great American Security Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismisses all claims asserted against Defendant Keystone Bank, SSB in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, LLP

By: /s/ Kevin L. Sewell
**Kevin L. Sewell**
State Bar No. 00789619
sewell@mdjwlaw.com
**Summer L. Frederick**
State Bar. No. 24067764
frederick@mdjwlaw.com
9111 Cypress Waters Blvd., Suite 250
Dallas, Texas 75019
Telephone: (214) 420-5500
Facsimile: (214) 420-5501

**ATTORNEYS FOR PLAINTIFF
GREAT AMERICAN SECURITY
INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent to all counsel of record in accordance with the Federal Rules of Civil Procedure on this the 17th day of January, 2024.

*/s/ Kevin L. Sewell*
Kevin L. Sewell

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN SECURITY INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:23-cv-1461-RP |
| KEYSTONE BANK, SSB | § § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed herein by the parties in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court finds that all matters in controversy have been fully and finally resolved and settled, that the settlement does not constitute an admission of liability on the part of the Defendants, and that the above-entitled and numbered action should be dismissed with prejudice to refiling in any form, with court costs taxed against the party incurring same.

It is, therefore, **ORDERED, ADJUDGED and DECREED** that the above-entitled and numbered cause be, and hereby is, dismissed with prejudice to refiling in any form. Court costs are hereby taxed against the party incurring same. All other requested relief not expressly granted herein is denied.

**SO ORDERED** on this the \_\_\_\_ day of _____, 2022.


JUDGE PRESIDING